# Court of Appeals
# of the State of Georgia

ATLANTA, August 30, 2012

*The Court of Appeals hereby passes the following order*

**A12I0343. WILLIAM M. FLATAU, AS CHAPTER 7 TRUSTEE OF THE
BANKRUPTCY ESTATE OF CHARLES T. ROBERTSON v. CENLAR, FSB et al.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

11CV56071



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, August 30, 2012.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

, *Clerk.*